IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF A MEMBER | § | No. 519, 2017 |
| OF THE BAR OF THE SUPREME | § | |
| COURT OF THE STATE OF | § | |
| DELAWARE: | § | File No. 2011-0556-B |
| | § | |
| MASON E. TURNER, JR. | § | **CONFIDENTIAL[1]** |

Submitted: December 12, 2017
Decided: February 23, 2018
Reissued: March 13, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

*PER CURIAM:*

## O R D E R

This 23rd day of February 2018, it appears to the Court that the Board on Professional Responsibility filed its Report in this matter under Rule 9(d)(5) of the Delaware Lawyers' Rules of Disciplinary Procedure finding no ethical violations and thus recommending no sanction be imposed. Neither the Respondent nor the Office of Disciplinary Counsel has filed objections to the Board's Report. The Court has reviewed the matter carefully and concludes that the Board's Report and Recommendation should be approved.

NOW, THEREFORE, IT IS ORDERED that the Report of the Board on Professional Responsibility docketed on December 6, 2017 is hereby APPROVED. The matter is hereby CLOSED.

---

[1] At Turner's request, and without objection from the ODC, the Court has made this confidential order public. In all other respects, however, the proceedings and record of the Board shall remain confidential.